IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mables, Lemont L

Printed: 9/30/08

Case Number: 08 B 08363
Judge: Wedoff, Eugene R
Filed: 4/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,010.00 |  |
| Secured: |  | 210.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 734.34 |
| Trustee Fee: |  | 65.66 |
| Other Funds: |  | 0.00 |
| Totals: | 1,010.00 | 1,010.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 734.34 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 5. | Nuvell Credit Company LLC | Secured | 3,299.02 | 210.00 |
| 6. | M&T Mortgage Corp | Secured | 6,984.80 | 0.00 |
| 7. | Indymac Bank | Secured | 13,159.72 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,042.01 | 0.00 |
| 9. | CitiFinancial | Unsecured | 12,962.60 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 937.31 | 0.00 |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 13. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Oak Park Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,866.96 | $ 944.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 65.66 |
|  | _____ |
|  | $ 65.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mables, Lemont L | Case Number:  08 B 08363 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  4/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

